5:11cv110-RS/GRJ & 3:11cv189-MCR/CJK - MDL 2179 CTO-24

Travis Green   to: Donna Bajzik, Jennifer R Martin       06/23/2011 10:37 AM

This is an automatic e-mail message generated by the CM/ECF system.  Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 6/22/2011 at 9:10 AM EDT and filed on 6/22/2011

**Case Name:** IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
**Case Number:** MDL No. 2179
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 6/22/11. **Please see pleading (3 in FLN/3:11-cv-00189, 3 in FLN/5:11-cv-00110, 3 in LAW/2:11-cv-00826, [659] in MDL No. 2179).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Louisiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2011.

Associated Cases: MDL No. 2179, FLN/3:11-cv-00189, FLN/5:11-cv-00110, LAW/2:11-cv-00826  (DLS)

**Case Name:** State of Louisiana v. B P America Inc et al
**Case Number:** LAW/2:11-cv-00826
**Filer:**

| | |
|---|---|
| **Document Number:** | No document attached |

**Docket Text:**
 ***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized  on 6/22/11. **Please see pleading (3 in FLN/3:11-cv-00189, 3 in FLN/5:11-cv-00110,  3 in LAW/2:11-cv-00826,  [659]  in MDL No. 2179).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel  on Multidistrict Litigation, transmittal of the order has been stayed 7 days  to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order  is directed to the Clerk of the United States District Court for the E.D.  Louisiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires  that the transferee clerk transmit a certified copy of the Panel order to  transfer to the clerk of the district court from which the action is being  transferred.

Signed by Clerk of the Panel Jeffery N. Luthi  on 6/22/2011.

Associated Cases: MDL No. 2179, FLN/3:11-cv-00189, FLN/5:11-cv-00110, LAW/2:11-cv-00826  (DLS)

| | |
|---|---|
| **Case Name:** | OCEAN REEF DEVELOPERS II LLC et al v. BP PLC et al |
| **Case Number:** | FLN/5:11-cv-00110 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 ***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized  on 6/22/11. **Please see pleading (3 in FLN/3:11-cv-00189, 3 in FLN/5:11-cv-00110,  3 in LAW/2:11-cv-00826,  [659]  in MDL No. 2179).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel  on Multidistrict Litigation, transmittal of the order has been stayed 7 days  to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order  is directed to the Clerk of the United States District Court for the E.D.  Louisiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires  that the transferee clerk transmit a certified copy of the Panel order to  transfer to the clerk of the district court from which the action is being  transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2011.

Associated Cases: MDL No. 2179, FLN/3:11-cv-00189, FLN/5:11-cv-00110, LAW/2:11-cv-00826 (DLS)

| | |
|---|---|
| **Case Name:** | ABBASI, et al v. TRANSOCEAN DEEPWATER INC et al |
| **Case Number:** | FLN/3:11-cv-00189 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 ***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 6/22/11. **Please see pleading (3 in FLN/3:11-cv-00189, 3 in FLN/5:11-cv-00110,  3 in LAW/2:11-cv-00826,  [659]  in MDL No. 2179).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Louisiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2011.

Associated Cases: MDL No. 2179, FLN/3:11-cv-00189, FLN/5:11-cv-00110, LAW/2:11-cv-00826 (DLS)
 No public notice (electronic or otherwise) sent because the entry is  private